IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**IN RE:**

**FAGERDALA USA – LOMPOC, INC.,**

    Debtor.

No. 3:15-cv-01792-MO

JUDGMENT

**MOSMAN, J.**,

    Based upon my ruling at oral argument on April 18, 2016, IT IS ORDERED AND ADJUDGED that the Bankruptcy Court's decision to designate is AFFIRMED and this case DISMISSED.

    DATED this   21st   day of April, 2016.

    /s/ Michael W. Mosman
    MICHAEL W. MOSMAN
    Chief United States District Judge

1 – JUDGMENT