**Teresa H. Pearson, P.C.**, OSB No. 953750
teresa.pearson@millernash.com
**David W. Hercher, P.C.**, OSB No. 812639
david.hercher@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

    Attorneys for Appellants
    Pacific Western Bank and Coastline RE
    Holdings Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| Pacific Western Bank and Coastline RE Holdings Corp., <br><br> Appellants, <br><br> v. <br><br> Fagerdala USA - Lompoc, Inc., <br><br> Appellee. | CV No. 3:15-cv-01792-BR <br><br> NOTICE OF APPEAL |

    Notice is hereby given that Pacific Western Bank and Coastline RE Holdings Corp. appeal to the United States Court of Appeals for the Ninth Circuit from (a) the oral order on appeal issued in this case on April 18, 2016, (b) the Minute Order affirming the bankruptcy court's decision (ECF 27), entered on April 19, 2016, and (c) the final Judgment of the District Court for the District of Oregon (ECF 28), entered on April 21, 2016. A copy of the Minute Order and the final Judgment are attached.

Page 1 - NOTICE OF APPEAL

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

226900-0008/70100620.1

The parties to the judgment appealed from and the names and addresses of their respective attorneys are as follows:

| | |
|---|---|
| Appellants: | Pacific Western Bank and Coastline RE Holdings Corp. (appellants) |
| Appellants' Attorneys: | Teresa H. Pearson, OSB #953750<br>David W. Hercher, OSB #812639<br>Miller Nash Graham & Dunn LLP<br>111 S.W. Fifth Avenue, Suite 3400<br>Portland, Oregon 97204-3699<br>(503) 224-5858 |
| | David K. Eldan, Admitted *Pro Hac Vice*<br>Parker, Milliken, Clark, O'Hara & Samuelian<br>A Professional Corporation<br>555 S. Flower Street<br>Los Angeles, California 90071-2440<br>(213) 683-6500 |
| Appellee: | Fagerdala USA – Lompoc, Inc. |
| Appellee's Attorney: | Douglas R. Pahl<br>Perkins Coie LLP<br>1120 N.W. Couch Street, 10th Floor<br>Portland, Oregon 97209-4128<br>(503) 727-2087 |

DATED this 18th day of May, 2016.

MILLER NASH GRAHAM & DUNN LLP

/s/ Teresa H. Pearson
Teresa H. Pearson, P.C.
OSB No. 953750
teresa.pearson@millernash.com
Phone: 503.224.5858
Fax: 503.224.0155

Attorneys for Appellants Pacific Western Bank and Coastline RE Holdings Corp.

Page 2 - NOTICE OF APPEAL

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

226900-0008/70100620.1

# Hughes, Candice

| | |
|---|---|
| **From:** | info@ord.uscourts.gov |
| **Sent:** | Tuesday, April 19, 2016 3:58 PM |
| **To:** | nobody@ord.uscourts.gov |
| **Subject:** | Activity in Case 3:15-cv-01792-MO Pacific Western Bank et al v. Fagerdala USA - Lompoc, Inc. Motion Hearing Held |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**District of Oregon**

## Notice of Electronic Filing

The following transaction was entered on 4/19/2016 at 3:58 PM PDT and filed on 4/18/2016
**Case Name:** Pacific Western Bank et al v. Fagerdala USA - Lompoc, Inc.
**Case Number:** 3:15-cv-01792-MO
**Filer:**
**Document Number:** 27(No document attached)

**Docket Text:**
**MINUTES of Proceedings: Oral Argument held. Order AFFIRMING the Bankruptcy's Decision, as stated on the record. David W. Hercher and Teresa H. Pearson present as counsel for plaintiff(s). Douglas R. Pahl present as counsel for defendant(s). Court Reporter: Bonita Shumway. Chief Judge Michael W. Mosman presiding. (dls)**


**3:15-cv-01792-MO Notice has been electronically mailed to:**

David W. Hercher    dave.hercher@millernash.com, Jennifer.Stephens@MillerNash.com

Douglas R. Pahl    dpahl@perkinscoie.com, asandvig@perkinscoie.com, docketpor@perkinscoie.com, etherrien@perkinscoie.com

Teresa H. Pearson    teresa.pearson@millernash.com, brenda.hale@millernash.com, candice.hughes@millernash.com, lisa.conrad@millernash.com

**3:15-cv-01792-MO Notice will not be electronically mailed to:**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**IN RE:**

**FAGERDALA USA – LOMPOC, INC.,**

      Debtor.

No. 3:15-cv-01792-MO

JUDGMENT

**MOSMAN, J.**,

Based upon my ruling at oral argument on April 18, 2016, IT IS ORDERED AND ADJUDGED that the Bankruptcy Court's decision to designate is AFFIRMED and this case DISMISSED.

DATED this __21st__ day of April, 2016.

                                               /s/ Michael W. Mosman_____
                                               MICHAEL W. MOSMAN
                                               Chief United States District Judge

I hereby certify that I served the foregoing NOTICE OF APPEAL on:

- **David W. Hercher**
  dave.hercher@millernash.com,Jennifer.Stephens@MillerNash.com
- **Douglas R. Pahl**
  dpahl@perkinscoie.com,etherrien@perkinscoie.com,asandvig@perkinscoie.com,docketpor@perkinscoie.com
- **Teresa H. Pearson**
  teresa.pearson@millernash.com,lisa.conrad@millernash.com,candice.hughes@millernash.com,brenda.hale@millernash.com
- **U.S. Trustee, Portland**
  USTPRegion18.PL.ECF@usdoj.gov

by the following indicated method or methods on the date set forth below:

☒ **CM/ECF system transmission.**

☐ **E-mail.** As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☐ **Facsimile communication device.**

☐ **First-class mail, postage prepaid.**

☐ **Hand-delivery.**

☐ **Overnight courier, delivery prepaid.**

DATED this 18th day of May, 2016.

/s/ Teresa H. Pearson
Teresa H. Pearson, P.C.
Oregon State Bar No. 953750
Of Attorneys for Appellants
Pacific Western Bank and Coastline RE Holdings Corp.

Page 1 -   Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204